

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00383-CV

Arthur **VEGA** Individually and d/b/a Dolco Packaging,
Appellants

v.

**COMPASS BANK**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-07719
Honorable Laura Salinas, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's judgment in favor of Compass Bank on liability under Compass Bank's breach of contract claim is AFFIRMED. However, the trial court's award of attorney's fees, expenses, and costs to Compass Bank in the amount of $8,279.22 is REVERSED and the cause is REMANDED for further proceedings on the amount, if any, to be awarded to Compass Bank for attorney's fees, expenses, and costs.

Costs are assessed against the party that incurred them.

SIGNED March 12, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice